## People of the State of Illinois, Defendant in Error, v. Richard N. Galluzzo, Plaintiff in Error.

### Gen. No. 47,691.

First District, First Division.
June 15, 1959.
Released for publication July 23, 1959.

B. Hamilton Edison and Stanley Werdell, for plaintiff in error; Benjamin S. Adamowski, State's Attorney (Francis X. Riley, Assistant State's Attorney, of counsel) for defendant in error. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**